**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR PAZ, aka, CESAR PAZ-NEGRETE,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>Respondents;<br><br>AND<br><br>CESAR PAZ, aka, CESAR PAZ-NEGRETE,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case Nos. SACV 16-0003 GW (SS)<br>SACV 16-0112 GW (SS)<br><br>**JUDGMENT**<br><br>**SACV 16-0003 GW (SS)**<br><br>**(§ 2254 PETITION)** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action, Case No. SACV 16-0003 GW (SS), is dismissed with prejudice.

DATED: October 31, 2019

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE