**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR PAZ, aka, CESAR PAZ-NEGRETE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Respondents;<br><br>AND<br><br>CESAR PAZ, aka, CESAR PAZ-NEGRETE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>　　　　　Respondents. | Case Nos. **SACV 16-0003 GW (SS)**<br>　　　　　　SACV 16-0112 GW (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING:**<br><br>**(1) PETITIONER'S MOTION FOR LEAVE TO AMEND HABEAS CORPUS 2254 PETITION, AND**<br>**(2) PETITIONER'S MOTION FOR NEW TRIAL, CONSTRUED AS A MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Motion for Leave to Amend Habeas Corpus 2254 Petition and Motion for New Trial, which it construes as a Motion to Alter

or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e); all of the records and files herein; and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Petitioner's Motion for Leave to Amend Habeas Corpus Petition is DENIED. **IT IS FURTHER ORDERED** that Petitioner's Motion for New Trial, construed as a Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e), is also DENIED.

The Clerk is DIRECTED to serve copies of this Order and the related Order Denying Certificate of Appealability on Petitioner at his address of record and on counsel for Defendants.

**IT IS SO ORDERED.**

DATED: January 23, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE